IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Great American Alliance Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> WHR Social Club, Inc. DBA Lavish Lounge, Carlos Antonio Quiroga, Rommie Khalil, Reginal Campbell, Tasha Kotz as Special Administrator of the Estate of Mykala Bell, JyQuavious Young, DeAundre Jacquez Goldsmith, and Tinaszia Tykel Taylor, <br><br> Defendants. | **NOTICE OF SETTLEMENT AS TO DEFENDANTS WHR SOCIAL CLUB, INC. DBA LAVISH LOUNGE AND CARLOS ANTONIO QUIROGA** <br><br> C.A. No. 6:20-cv-04374-TMC-KM |

The parties hereby notify the Court that Plaintiff Great American Alliance Insurance Company and Defendants WHR Social Club, Inc. DBA Lavish Lounge and Carlos Antonio Quiroga have reached a resolution in the above-captioned matter and respectfully request that the Court issue a Rubin Order dismissing this matter as to these defendants.

s/*Jennifer E. Johnsen*
Jennifer E. Johnsen (Fed. Bar No. 5427)
Natalie R. Ecker (Fed. Bar No. 12931)
GALLIVAN, WHITE & BOYD, P.A.
P.O. Box 10589
Greenville, SC 29603
(864) 271-9580
jjohnsen@gwblawfirm.com
eckern@gwblawfirm.com

*Attorneys for Plaintiff*
*Great American Alliance Insurance Company*

January 9, 2023

Greenville, South Carolina

s/*James P. O'Connell*
James P. O'Connell (Fed. Bar No. 4259)
139 Grace Drive
Easley, SC 29640
Greenville, SC 29603
jpatrickoconnell@yahoo.com

*Attorneys for Defendants*
*WHR Social Club, Inc. DBA Lavish Lounge and Carlos Antonio Quiroga*