AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Great American Alliance Insurance Company,<br>*Plaintiff*<br>v.<br>Reginal Campbell; JyQuavious Young; DeAundre Jacquez Goldsmith;<br>WHR Social Club Inc, *d/b/a Lavish Lounge*;<br>Carlos Antonio Quiroga; Rommie Khalil; Tasha Kotz, *as Special Administrator of the Estate of Mykala Bell*; Krystal Williams; Laporshe Hudson; Tinaszia Tykel Taylor,<br>*Defendant(s)* | Civil Action No.   6-20-cv-4374-TMC |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that*:*

■ summary judgment is entered on behalf of Plaintiff Great American Alliance Insurance Company against Defendants Reginal Campbell, JyQuavious Young and DeAundre Jacquez Goldsmith.

Defendants Krystal Williams and Laporshe Hudson were terminated on March 17, 2021 per Plaintiff's amended complaint [ECF Doc 35].

Defendant Rommie Khalil was terminated on June 2, 2022 per Order granting the consent motion for judgment on the pleadings [ECF Doc. 127].

Defendants WHR Social Club Inc, Carlos Antonio Quiroga, Tasha Kotz and Tinaszia Tykel Taylor were terminated on January 9, 2023 per Order of Dismissal [ECF 168].

This action was:

■ decided by the Honorable Timothy M. Cain.

Date:  January 9, 2023                                   *CLERK OF COURT*

                                                          s/L. K. McAlister, Deputy Clerk

                                                          *Signature of Clerk or Deputy Clerk*